COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO. 2-06-076-CV

 

IN RE WESLEY DUREN MOONEY                                               RELATOR

 

                                              ------------

 

                                    ORIGINAL PROCEEDING

                                                     

                                              ------------

 

                                MEMORANDUM OPINION[1]

                                                    

                                              ------------

 

The
court has considered relator=s
petition for writ of habeas corpus and motion for emergency stay and is of the
opinion that relief should be denied. 
Accordingly, relator=s
petition for writ of habeas corpus and motion for emergency stay are denied.

Relator
shall pay all costs incurred in this proceeding, for which let execution issue.

 

PER CURIAM

 

PANEL A: CAYCE, C.J.; LIVINGSTON and MCCOY, JJ.

 

DELIVERED: March 3, 2006

 











[1]See Tex.
R. App. P.
47.4